

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

09-5145-JF

KEY BANK, N.A.,

Case No.: CV ~~09-2950 JL~~

Plaintiff,

**AMENDED WARRANT FOR ARREST**

v.

MARK T. DENHAM, *In Personam*; S/V 247 VILLA DEL MAR, Official No. 1190022, its Engines, Tackle, Machinery, Furniture, Apparel, Appurtenances, etc., *In Rem*, and DOES 1-10.

Defendants.

**TO THE UNITED STATES MARSHAL OF THIS DISTRICT:**

WHEREAS a Verified Complaint has been filed in the United States District Court for the Northern District of California by plaintiff KEY BANK, N.A. against the defendant Vessel S/V 247 VILLA DEL MAR, Official No. 1190022, its Engines, Tackle, Machinery, Furniture, Apparel, and Appurtenances, etc., setting forth admiralty and maritime claims; and

WHEREAS, the Verified Complaint prays for the arrest of the defendant Vessel pursuant to process issued from this Court, and the Court, after due consideration, has signed an Order for the Issuance of this Warrant of Arrest, at true and correct copy of which is attached hereto;

YOU ARE HEREBY COMMANDED to arrest the above-named Vessel and her

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

190 THE EMBARCADERO SAN FRANCISCO, CA 94105 TEL 415-438-4600 FAX 415-438-4601

PAV.SF Split

AMENDED WARRANT FOR ARREST

appurtenances forthwith and to detain said Vessel in your custody until further Order of the Court respecting the Vessel, or upon express authorization from Plaintiff's attorney, in accordance with the Supplemental Rules for Admiralty Rule E, Federal Rules of Civil Procedure.

   YOU ARE FURTHER COMMANDED to file this process with the Court upon your return thereon promptly after its execution; and, to mail a copy of this process and the return thereon to Plaintiff's attorney at: Max L. Kelley, Cox, Wootton, Griffin, Hansen & Poulos, LLP, 190 The Embarcadero, San Francisco, California, 94105.

*Richard W. Wieking*

DATED: ___**JAN 2 2 2010**___     By: _____

GORDANA MACIC

Clerk, United States District Court

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PAV.SF.Spirit

AMENDED WARRANT FOR ARREST

Case No. CV 09-2950 JL