**E-Filed 12/9/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| KEY BANK, N.A., | Case Number 5:09-cv-05145-JF/PVT |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | |
| MARK T. DENHAM, S/V 247 VILLA DEL MAR, | |
| Defendants. | |

This action was filed on October 30, 2009.  Service of process was effected upon Defendant Denham on January 26, 2010, and upon Defendant Denham individually and on behalf of the vessel on May 11, 2010.  *See* Dkt. Entries 13, 14.  Notice of the arrest of the vessel was published.  *See* Dkt. Entry 18.

Defendant Denham has failed to appear in this action, although the Court understands that he is represented by counsel.  Defendant has failed to appear at status conferences held on August 27, 2010 and December 3, 2010.

1     The Court has set a further status conference for December 17, 2010.  Defendant Denham is HEREBY ORDERED TO APPEAR, either personally or through counsel.

DATED:  12/9/2010

                                            _____
                                            JEREMY FOGEL
                                            United States District Judge

2